AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN ANDERSON<br>DOB: xx/xx/xxxx<br>PDID: None<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00239
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/17/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a) and 2 | - Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting |
| 18 U.S.C. §§ 231(a)(3) and 2 | - Civil Disorder and Aiding and Abetting |
| 18 U.S.C. §§ 641 and 2 | - Theft of Government Property and Aiding and Abetting |
| 18 U.S.C. §§ 1752(a)(1) and (a)(2) | - Entering and Remaining in a Restricted Building or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | - Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Randy Combs, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date:   _____02/17/2021_____

_____
*Judge's signature*

City and state:   _____Washington, D.C._____

G. MICHAEL HARVEY , U.S. Magistrate Judge
_____
*Printed name and title*