UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-MJ-239 |
| JOHN STEVEN ANDERSON, : | |
| : | |
| Defendant. : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Robert Juman. AUSA Robert Juman will be substituting for AUSA Candice Chiu Wong.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
District of Columbia Bar No. 415793

By: /s/ Robert Juman
ROBERT JUMAN
Assistant United States Attorney (Detailee)
New Jersey Bar No. 032201993
United States Attorney's Office
District of Columbia
Cell No. (786) 514-9990
Robert.Juman@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 3rd day of March 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
ROBERT JUMAN
Assistant United States Attorney