AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00239 |
|  | ) Assigned to: Judge Harvey, G. Michael |
| JOHN ANDERSON | ) Assign Date: 2/17/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    John Anderson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a) and § 2  -  Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting
18 U.S.C. §§ 231(a)(3) and (2)  - Civil Disorder and Aiding and Abetting
18 U.S.C. §§ 641 and (2) - Theft of Government Property and Aiding and Abetting
18 U.S.C. §§ 1752(a)(1) and (2) -  Entering and Remaining in a Restricted Building or Grounds and Aiding and Abetting
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/17/2021

Digitally signed by G. Michael Harvey
Date: 2021.02.17 16:47:23 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/17/2021 , and the person was arrested on *(date)* 2/25/2021
at *(city and state)* St. Augustine, Florida .

Date: 2/25/2021

*Arresting officer's signature*

Ana Marcus Special Agent - FBI
*Printed name and title*